## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

JAMIE A. McPHERSON
ADC #115330                                                    PLAINTIFF


v.                              No. 3:13-cv-82-DPM-JJV


JUSTIN KIMBLE,[1] Officer, Poinsett County
Detention Center; BARBA DEXTER, Jailer,
Poinsett County Detention Center; KIM
MUSE, Accountant, Poinsett County Detention
Center; BECKY HITT, Poinsett County Detention
Center; and RON MARTIN, Poinsett County
Detention Center                                             DEFENDANTS


## ORDER

The Court has considered Magistrate Judge Joe J. Volpe's proposed

disposition, № 19.[2] McPherson has not objected. Recommendation adopted

as modified. FED. R. CIV. P. 72(b)(3) (1983 addition to Advisory Committee

Notes). Defendants' motion to dismiss, № 15, is granted. McPherson's

---

[1] McPherson sued Justin Timberlan. Defendants state Justin
Timberlan has been improperly identified and the correct Defendant
is Justin Kimble. № 15 at 1.

[2] The Court received the parties' consent to a Magistrate Judge's
handling the case to judgment after Judge Volpe filed the proposed
findings and recommendations.

complaint is dismissed without prejudice for failure to state a claim. His

motion for an injunction, № 17, is denied as moot. This dismissal is a strike.

28 U.S.C. § 1915(g).

   So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 October 2013