IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMIE A. McPHERSON
ADC #115330                                                              PLAINTIFF

v.                          No. 3:13-cv-82-DPM

JUSTIN KIMBLE, Officer, Poinsett County
Detention Center; BARBA DEXTER, Jailer,
Poinsett County Detention Center; KIM
MUSE, Accountant, Poinsett County
Detention Center; BECKY HITT, Poinsett
County Detention Center; and RON MARTIN,
Poinsett County Detention Center                                         DEFENDANTS

## JUDGMENT

McPherson's complaint is dismissed without prejudice. An *in forma pauperis* appeal of this Judgment and the accompanying Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

_____
D.P. Marshall Jr.
United States District Judge

29 October 2013